MORRIS FLAKS, Appellant, *v.* FISHER MILLINERY CORPORATION, Respondent.

Submitted January 3, 1950; decided January 12, 1950.

*Samuel Gradstein* for motion.
*George A. Ferris* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.